UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1163

UNITED STATES OF AMERICA     )
                             )
          v.                 )          ORDER
                             )
ANGELA JEAN ORDONEZ          )

Leave of court is granted for the filing of the foregoing dismissal.

January 22, 2013
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE